UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15 CV 4692

DURVEN DAWES
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
(1) POLICE OFFICER JONATHAN DONES, Shield 27390,
(2) POLICE OFFICERS "John Does,
(3) POLICE OFFICERS John Does,
(4) Joseph 67 Precinct.
(5) Sgt. Hopkins
(6) POLICE OFFICERS John DOES,

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## COMPLAINT

Jury Trial: ☑ Yes   ☐ No
            (check one)

**RECEIVED JUN 15 2015 PRO SE OFFICE**

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name **DURVEN DAWES**
Street Address **72 BARUCH DRIVE APARTMENT E**
County, City **NEW YORK**
State & Zip Code **NEW YORK  10002**
Telephone Number **347-593 4928**

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name **JONATHAN DONES**
Street Address

*Rev. 05/2010*

|        |                                                |
|--------|------------------------------------------------|
|        | County, City _____     |
|        | State & Zip Code _____     |
|        | Telephone Number _____     |

Defendant No. 2    Name  GREGORY BARRETT Shield no 6674
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name  PO JONATHAN DONES
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____
   _____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ACROSS From 29 Washington West in County And State of NYC

B. What date and approximate time did the events giving rise to your claim(s) occur? On About 2:PM, March 22-216

C. Facts:

**What happened to you?** TARGETED By By NYPD police officers in street clothing, ARRESTED, ASSAULTED, STRIP SEARCH, AND COPS REFUSED TO SEEK Emergency medical help.

**Who did what?** P.O JONATHAN DONES, AND P.O John DOE, AND P.O John DOES At 6th police station House, Manhattan, NY.

**Was anyone else involved?** Other police officers

**Who else saw what happened?** Girl friend Stephine DeVona And other witnesses Names Unknown At this Time.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emergency Room Treatment Due to Arrest And Assault Pain, Damages to Art work, Phone And Photos, Bone Beyoung Recovery, Emotional Suffering, Damage to Reputation Astma is Emergery And medication Taken And Officers refused for hours to Seek Emergency Care, Strip Search Unlawful Infringement, Loss of the love Care of Family, Physical, Mental, pain Fear.

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. GENERAL AND COMPENSATORY DAMAGES IN THE AMOUNT OF FOUR MILLION DOLLARS, 6 MILLIONS DOLLARS FOR THE ABUSE ASSAULT, MEDICAL CARE AND VIOLATION OF RIGHTS AND FOR EMOTIONAL STRESS, EMOTIONAL SUFFERING, EMOTIONAL DISTRESS, PUNITIVE DAMAGES IN THE AMOUNT OF FIVE MILLION DOLLARS AGAINST DEFENDANT OFFICERS JOINTLY AND SEVERALLY APPROPRIATE DECLARATORY AND INJUNCTIVE RELIEF SUCH OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER, FOR EACH OF THE FOURTH, FIFTH, SIXTH, EIGHTH, NINE AND TENTH FOURTEENTH AMENDMENT AND FOR THE WILL UNLAWFUL, UNWARRANT EXCESSIVE FORCE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of JUNE, 2015

Signature of Plaintiff: N K DAWES

Mailing Address: 72 Baruch Drive Apartment 4E N New York, NY 10002

Telephone Number: 347-593 4928

Fax Number (if you have one): _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*